AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| Mark Eugene Blakely, *Plaintiff* | ) ) | |
| v. | ) ) ) ) ) | Civil Action No.    6:20-cv-00830-HMH |
| US Department of Education; Default Resolution Group, *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Mark Eugene Blakely, shall take nothing of the defendants; US Department of Education and Default Resolution Group, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable Henry M. Herlong, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kevin F. McDonald, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   June 9, 2020

*ROBIN L. BLUME, CLERK OF COURT*

By: _____

Deputy Clerk